## Commonwealth *v.* Hetzel, Appellant.

Submitted November 13, 1973. *John Hetzel,* appellant, in propria persona; *Robert L.*

*Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.